UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Christopher Piantedosi,<br><br>               Plaintiff,<br>  v.<br><br>Total Recovery Solutions, LLC; and DOES 1-10, inclusive,<br><br>               Defendants. | Civil Action No.: 1:11-cv-11568-LTS |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: January 5, 2012

                                                         Respectfully submitted,

                                                         PLAINTIFF, Christopher Piantedosi

                                                         /s/ Sergei Lemberg

                                                         Sergei Lemberg, Esq.
                                                         B.B.O. No.: 650671
                                                         **LEMBERG & ASSOCIATES L.L.C.**
                                                         1100 Summer Street, 3rd Floor
                                                         Stamford, CT 06905
                                                         Telephone: (203) 653-2250
                                                         Facsimile:  (203) 653-3424
                                                         slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 5, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

              By /s/ Sergei Lemberg

                Sergei Lemberg